**03-21 0151**

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

RECEIVED
in Clerk's Office

FEB 25 2021

U.S. District Court
Middle District of TN

)
)
Case No. _____

)
)
_____

)
*(to be filled in by the Clerk's Office)*

Jennifer Wilson
_____
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

Randstad USA
_____
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Jury Trial: *(check one)* ☑Yes ☐No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Jennifer Wilson |
| Street Address | 4765 Alicia DR. Apt 4 |
| City and County | V. Beach, VA |
| State and Zip Code | 23462 |
| Telephone Number | 757-619 1188 |
| E-mail Address | thesalvationservice@ yahoo.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Case 3:21-cv-00151   Document 1   Filed 02/25/21   Page 1 of 7 PageID #: 1

Defendant No. 1

    Name                               _Ran dstad' USA_

    Job or Title *(if known)*

    Street Address                   _2730 20th str_

    City and County              _Cleveland, TN_

    State and Zip Code         _TN   373/_

    Telephone Number         _670 -848 .. ⌐1_

    E-mail Address *(if known)*    _cindy.mcm...ws@.rndstad ws.. com_

Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

      [✓] Federal question               [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Plaintiff States Claim for Racial Discrimination

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

    a.    If the plaintiff is an individual

        The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b.    If the plaintiff is a corporation

        The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)*

        _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

    a.    If the defendant is an individual

        The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

b.      If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.      The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

## III.      Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Ms Wilson claims a they did not pay her because i was African- American

## IV.      Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Ms wbm believes that he is entitled to 1 millnd us lamars su feels her civil right u violated ards us feels she entitled punitive damages

Page 4 of 5

## V.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.  For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     2/21/21

Signature of Plaintiff

Printed Name of Plaintiff     Jennifer Wilson

### B.  For Attorneys

Date of signing:     _____

Signature of Attorney     _____

Printed Name of Attorney     _____

Bar Number     _____

Name of Law Firm     _____

Street Address     _____

State and Zip Code     _____

Telephone Number     _____

E-mail Address     _____

Case 3:21-cv-00151     Document 1     Filed 02/25/21     Page 5 of 7 PageID #: 5

COMPLAINT

Plaintiff, Jennifer Wilson, appearing pro se, submits the Complaint for her complaint of racial discrimination under Title VII of the Civil Rights Act of 1964, which is racial discrimination, on file herein, to demonstrate to the Court that there is a genuine issue of material fact in this case that precludes any entry of a judgment as a matter of law.

## I. Argument and Statements of Fact

Plaintiff provides more details to explain what she encountered, which are provided in the following statement of facts:

On 9/8/2020, Brian Broome from Randstad, USA, contacted Ms. Jennifer Wilson by email stating that he was hiring for the Cleveland Whirlpool location and that he wanted me to complete the pre-screen questions and also schedule an interview once I'm done with the prescreen (exhibit A). On 8/29/2020 Ms. Wilson received a voicemail and an email from Randstad, USA stating that she received the position. So, Ms. Wilson completed the questions and soon had the interview and was hired for the In-home position as a Customer Service Representative for Whirlpool.

Ms. Wilson was in contact with Randstad and received the paperwork (onboarding) and computer to set up for day 1. Ms. Wilson completed her onboarding and set up the computer for this position. She never received any correspondence stating that she needed to complete anything prior to the start date. Day 1, Day 2 and part of Day 3, Ms. Wilson showed up to class and then she sent an email on 9/24/2020 stating that she will not be able to complete this position and wanted to know how she would receive her paycheck (exhibit C). MS. Wilson was told that she had to return her computer to prevent from being charged for it (exhibit D). Then Ms. Wilson emailed back, "what about my paycheck?" (Exhibit E). The response was, "please complete your onboarding." Ms. Wilson already thought she had completed her onboarding. She sent back the equipment. Then on 10/5/2020, Ms. Wilson contacted Randstad again inquiring about her paycheck (Exhibit F). The response was, "You did not complete your onboarding" (exhibit G). Ms. Wilson response was, So I don't get paid, you racist. (exhibit B). Here are the explanations on why MS. Wilson believes that the actions done by Randstad, USA was racist. EEOC on (Exhibit H)

## III. ANALYSIS

## I. Plaintiff States Claim for Racial Discrimination

It is important to prove discrimination under Title VII of The Civil Rights Act of 1964. The claimant asserts claim for violations of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e to 2000e–17 (2012), 42 U.S.C. § 1981 (2012). In the present case, there is a genuine issue of material fact and specifically: Plaintiff will plead the necessary elements under Title VII. The Plaintiff will show that the challenged practice has a disparate impact on a member of a protected group. The plaintiff will make out a prima facie case of discrimination under the framework established in McDonnell Douglas Corp. v. Green, 411 U.S. 792, 93 S.Ct. 1817, 36 L.Ed.2d 668 (1973).

The Plaintiff is (1) A member of a protected class: the Plaintiff is an African-American. (2) The Plaintiffs' job performance was satisfactory (3) The Plaintiff received and adverse employment action. The employer subjected her to not getting paid for her time at this position (4) Other similarly situated employees outside of the protected class were treated differently. The plaintiff did not hear any bad feedback on other people not getting paid.